# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

CAREER COLLEGES & SCHOOLS
OF TEXAS,

                    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
EDUCATION; MIGUEL CARDONA,
in his official capacity as the Secretary
of Education,

                    Defendants.

Case No. 1:23-cv-00433-RP

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Career Colleges and Schools of Texas hereby appeals to the United States Court of Appeals for the Fifth Circuit from the order entered on June 30, 2023, denying Plaintiff's motion for preliminary injunction.

Dated: June 30, 2023

Philip Vickers
 Texas Bar No. 24051699
Katherine Hancock
 Texas Bar No. 24106048
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
pvickers@canteyhanger.com
(817) 877-2800

/s Allyson B. Baker
Allyson B. Baker (*pro hac vice*)
Stephen Kinnaird (*pro hac vice*)
Michael Murray (*pro hac vice*)
Sameer P. Sheikh (*pro hac vice*)
Tor Tarantola (*pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
allysonbaker@paulhastings.com
(202)-551-1830

*Counsel for Plaintiff*