# United States Court of Appeals
# for the Fifth Circuit

No. 23-50489

In re Career Colleges and schools of Texas

*Petitioner.*

United States Court of Appeals
Fifth Circuit
**FILED**
June 30, 2023
Lyle W. Cayce
Clerk

Original Proceeding
to the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-433

UNPUBLISHED ORDER

Before Higginbotham, Higginson, and Willett, *Circuit Judges*.
Per Curiam:

    IT IS ORDERED that Appellant's Opposed Emergency Motion for Administrative Injunction is GRANTED, through and until July 21, 2023. The administrative injunction is limited to the Plaintiff in this case and its members.

    IT IS FURTHER ORDERED that Appellant's Opposed Emergency Motion for Injunction Pending Appeal is DENIED.

    Any renewed motion for injunction pending appeal should be filed in case number 23-50491 by July 7, 2023. Appellees' response, if any, should

No. 23-50489

be filed by July 12, 2023. Appellant's reply, in any, should be filed by July 14, 2023.