# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-50491

---

Career Colleges and Schools of Texas,

*Plaintiff—Appellant*,

*versus*

United States Department of Education; Miguel Cardona, *Secretary, U.S. Department of Education, in his official capacity as the Secretary of Education*,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-433

---

Before Jones, Higginson, and Ho, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the administrative injunction issued on June 30, 2023, is extended through and until July 28, 2023.