# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 20, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50491   Career Colleges v. EDUC
                  USDC No. 1:23-CV-433

Enclosed is an order entered in this case.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _____
                             Roeshawn Johnson, Deputy Clerk
                             504-310-7998

Ms. Allyson B. Baker
Mr. Philip Devlin
Ms. Katherine Hancock
Mr. Stephen Blake Kinnaird
Mr. Cody T. Knapp
Mr. Michael F. Murray
Mr. Tor Tarantola
Ms. Jennifer Utrecht
Mr. Philip Avery Vickers