# *Shoot United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 09, 2023

Ms. Allyson B. Baker
Paul Hastings, L.L.P.
2050 M Street, N.W.
Washington, DC 20036

Ms. Katherine Hancock
Cantey Hanger, L.L.P.
600 W. 6th Street
Suite 300
Fort Worth, TX 76102-3585

Mr. Stephen Blake Kinnaird
Paul Hastings, L.L.P.
2050 M Street, N.W.
Washington, DC 20036

Mr. Michael F. Murray
Paul Hastings, L.L.P.
2050 M Street, N.W.
Washington, DC 20036

Mr. Joshua Marc Salzman
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Suite 7258
Washington, DC 20530

Mr. Sameer P. Sheikh
Paul Hastings, L.L.P.
2050 M Street, N.W.
Washington, DC 20036

Mr. Tor Tarantola
Paul Hastings, L.L.P.
2050 M Street, N.W.
Washington, DC 20036

Ms. Jennifer Utrecht

U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 7710
Washington, DC 20530

Mr. Philip Avery Vickers
Cantey Hanger, L.L.P.
600 W. 6th Street
Suite 300
Fort Worth, TX 76102-3585

     No. 23-50491   Career Colleges v. EDUC
                      USDC No. 1:23-CV-433

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Peter A. Conners, Deputy Clerk
                                      504-310-7685

cc:
    Ms. Elizabeth N. Dewar
    Mr. Adam R. Pulver