# United States Court of Appeals
## for the Fifth Circuit

No. 23-50491

CAREER COLLEGES AND SCHOOLS OF TEXAS,

*Plaintiff-Appellant,*

*v.*

UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, SECRETARY, U.S. DEPARTMENT OF EDUCATION, IN HIS OFFICIAL CAPACITY AS THE SECRETARY OF EDUCATION,

*Defendants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

**MOTION TO WITHDRAW APPEARANCE**

I, Elizabeth N. Dewar, hereby move to withdraw my appearance on behalf of Amici Curiae Massachusetts, California, Colorado, Connecticut, Delaware, the District of Columbia, Hawaiʻi, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Washington, and Wisconsin ("Amici States supporting the Appellees") because I will be imminently leaving the Massachusetts Attorney General's Office and then be immediately unable to represent the amici in this matter. The Amici States supporting the Appellees will continue to be

represented by Deputy State Solicitor David C. Kravitz who has entered an appearance in this case.

Dated: January 11, 2024                Respectfully submitted,

/s/ *Elizabeth N. Dewar*
Elizabeth N. Dewar
*State Solicitor*
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2204
bessie.dewar@mass.gov

## CERTIFICATE OF SERVICE

I, Elizabeth N. Dewar, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. Those attorneys who are registered with the Court's electronic filing systems may access this filing through the Court's CM/ECF system, and notice of this filing will be sent to these parties by operation of the Court's electronic filings system.

Dated: January 11, 2024                Respectfully submitted,

/s/ *Elizabeth N. Dewar*
Elizabeth N. Dewar