# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 23, 2024

Mr. Stephen Blake Kinnaird
Paul Hastings, L.L.P.
2050 M Street, N.W.
Washington, DC 20036

    No. 23-50491   Career Colleges v. EDUC
                       USDC No. 1:23-CV-433

Dear Counsel:

This letter will serve to confirm our telephone message left this date advising the Appellant that the court has requested a response to the Appellees' Petition for Rehearing En Banc be filed in this office on or before June 3, 2024.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Casey A. Sullivan, Deputy Clerk
                                    504-310-7642

cc:
    Ms. Allyson B. Baker
    Ms. Katherine Hancock
    Mr. Cody T. Knapp
    Mr. David Kravitz
    Mr. Michael F. Murray
    Mr. Adam R. Pulver
    Mr. Joshua Marc Salzman
    Mr. Sameer P. Sheikh
    Mr. Tor Tarantola
    Ms. Jennifer Utrecht
    Mr. Philip Avery Vickers