# United States Court of Appeals for the Fifth Circuit

No. 23-50491

CAREER COLLEGES AND SCHOOLS OF TEXAS,

*Plaintiff—Appellant,*

versus

UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, *Secretary, U.S. Department of Education, in his official capacity as the Secretary of Education,*

*Defendants—Appellees.*

United States Court of Appeals Fifth Circuit
**FILED**
June 12, 2024
Lyle W. Cayce
Clerk

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-433

---

ON PETITION FOR REHEARING EN BANC

Before JONES, DUNCAN, and WILSON, *Circuit Judges*.

PER CURIAM:

    Treating the petition for rehearing en banc as a petition for panel rehearing (5TH CIR. R. 35 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R. APP. P. 35 and 5TH CIR. R. 35), the petition for rehearing en banc is DENIED.