# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 14, 2025

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

      No. 23-50491    Career Colleges v. EDUC
                        USDC No. 1:23-CV-433

Dear Mr. Devlin,

Enclosed is a copy of the Supreme Court order granting certiorari limited to Question 1 presented by the petition.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Sean Hannan, Deputy Clerk