# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

*U.S. COURT OF APPEALS RECEIVED AUG 12 2025 FIFTH CIRCUIT*

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 12, 2025

Mr. D. John Sauer, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Mr. Stephen Blake Kinnaird, Esq.
Paul Hastings LLP
2050 M Street, N.W.
Washington, D.C. 20036

Mr. Paul D. Clement, Esq.
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Re: Dept. of Ed., et al.
  v. Career Colleges and Sch. of TX
  No. 24-413

Dear Counsel:

Attached are certified copies of the joint stipulation for dismissal of the writ of certiorari, filed on August 8, 2025, and the order of dismissal pursuant to Rule 46 of the Rules of this Court.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk - Judgments

Enc.

# Supreme Court of the United States

## No. 24-413

### DEPARTMENT OF EDUCATION, ET AL.,

Petitioners

v.

### CAREER COLLEGES AND SCHOOLS OF TEXAS

(11 August 2025). The foregoing joint stipulation for dismissal of the writ of certiorari having been received by the Office of the Clerk, and no fees due the Clerk, the writ of certiorari is now hereby dismissed pursuant to Rule 46 of the Rules of this Court.

A true copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: *[signature]*
Deputy Clerk

SCOTT S. HARRIS
Clerk of the Supreme Court
of the United States

By: *[signature]*

Kyle Ratliff
Deputy Clerk

IN THE SUPREME COURT OF THE UNITED STATES

FILED AUG 08 2025 OFFICE OF THE CLERK SUPREME COURT, U.S.

U.S. COURT OF APPEALS RECEIVED AUG 12 2025 FIFTH CIRCUIT

No. 24-413

DEPARTMENT OF EDUCATION, ET AL., PETITIONERS

v.

CAREER COLLEGES AND SCHOOLS OF TEXAS

ON WRIT OF CERTIORARI
TO THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

JOINT STIPULATION TO DISMISS

Pursuant to Rule 46.1 of the Rules of this Court, all parties respectfully request that this case be dismissed. No fees are due to the Clerk, and each party will bear its own costs.

Respectfully submitted.

D. JOHN SAUER
Solicitor General
United States Department of Justice
Washington, D.C. 20530-0001
SupremeCtBriefs@usdoj.gov
(202) 514-2217

Counsel for Petitioners

A true copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: _____ Deputy Clerk

AUGUST 8, 2025

*[signature]*

PAUL D. CLEMENT
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
paul.clement@clementmurphy.com
(202) 742-8900

Counsel for Respondent

AUGUST 7, 2025