# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 12, 2025

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 23-50491   Career Colleges v. EDUC
                         USDC No. 1:23-CV-433

Dear Mr. Devlin,

We have received the Supreme Court order dismissing certiorari. We are awaiting the District Court to issue an order on limited remand.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Casey A. Sullivan, Deputy Clerk
          504-310-7642