# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 04, 2024

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 23-50491   Career Colleges v. EDUC
                     USDC No. 1:23-CV-433

Dear Mr. Devlin,

Enclosed is an opinion entered in this case. The case has been placed in abeyance pending disposition of the remand proceedings stated within the opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Whitney M. Jett, Deputy Clerk
                              504-310-7772

Enclosure(s)

cc:
    Ms. Allyson B. Baker
    Ms. Katherine Hancock
    Mr. Stephen Blake Kinnaird
    Mr. Cody T. Knapp
    David Kravitz
    Mr. Michael F. Murray
    Mr. Adam R. Pulver
    Mr. Joshua Marc Salzman
    Mr. Sameer P. Sheikh
    Mr. Tor Tarantola
    Ms. Jennifer Utrecht
    Mr. Philip Avery Vickers